## COSTIN DISTRIBUTING v. KNIGHT

No. 423P84.

Case below: 69 N.C. App. 177.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984.

## DAY v. COFFEY

No. 491P84.

Case below: 68 N.C. App. 509.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 2 October 1984.

## DUKE POWER CO. v. CITY OF HIGH POINT

No. 449P84.

Case below: 69 N.C. App. 378.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 October 1984.

## FESPERMAN v. FESPERMAN

No. 548P84.

Case below: 70 N.C. App. 344.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1984.

## GLENN v. WAGNER

No. 219PA84.

Case below: 67 N.C. App. 563.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 2 October 1984.